Charles JACKSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 29253.

Court of Criminal Appeals of Texas.

Nov. 13, 1957.

———◆———

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

The conviction is for carrying a pistol; the punishment, a fine of $100.

Both the complaint and information charge that the appellant did unlawfully carry "on or about" his person a pistol.

A complaint and information which charges that the accused did carry on or about his person a pistol, because of the use of the word "or" rather than the word "and", renders such allegation uncertain and the complaint and information defective. Art. 483, Vernon's Ann.P.C.; 44 Tex.

Jur. p. 477, Sec. 34; 2 Branch (2d Ed.) Sec. 975; Evage v. State, 136 Tex.Cr.R. 318, 125 S.W.2d 295; Wilson v. State, 151 Tex. Cr.R. 570, 209 S.W.2d 598; Scott v. State, 153 Tex.Cr.R. 492, 221 S.W.2d 608.

Because of the insufficiency of the complaint and information, the judgment is reversed and the prosecution ordered dismissed.